## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4433 | **DATE** | 5/2/2012 |
| **CASE TITLE** | Ramon Reyna v. Gerresheimer Glass, Inc. | | |

**DOCKET ENTRY TEXT**

This case is dismissed with prejudice and without costs with leave to reinstate in thirty days if settlement is not consummated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|